# EXHIBIT A

7/23/2021 11:50 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55644082
By: Maria Rodriguez
Filed: 7/23/2021 11:50 AM

## 2021-44706 / Court: 165

CAUSE NO. _____

| | | |
|---|---|---|
| JESSICA REYES | § § § | IN THE DISTRICT COURT |
| VS. | § § § | OF HARRIS COUNTY, TEXAS |
| HOME DEPOT U.S.A., INC. | § § | \_\_\_ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JESSICA REYES, Plaintiff (sometimes referred to only as "Plaintiff"), complaining of HOME DEPOT U.S.A., INC., Defendant and for cause of action would show this Honorable Court the following:

### I.
### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery in this matter under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

### II.
### PARTIES

Plaintiff is an individual and a resident of Houston, Harris County, Texas.

Defendant HOME DEPOT U.S.A., INC. is a foreign corporation conducting business in the State of Texas. Defendant may be served with process by delivering citation to its registered agent for service, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

### III.
### JURISDICTION AND VENUE

This Court has jurisdiction because the amount in controversy is within its jurisdictional limits. Venue is proper in Harris County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris county.

## IV.
## FACTS

This suit is brought as a result of an incident that occurred on or about October 1, 2019. On said date, Plaintiff, who was an employee of HOME DEPOT U.S.A., INC. was injured when another employee dropped a metal bar on her foot. This event occurred at Defendant's store #6525 location in Houston, Texas. Plaintiff was seriously injured as a result.

## V.
## NEGLIGENCE – HOME DEPOT U.S.A, INC.

The incident was proximately caused by the negligence and gross negligence of Defendant HOME DEPOT U.S.A, INC. in creating a condition on the premises that created an unreasonable risk of harm to employees. Specifically, Defendant HOME DEPOT U.S.A, INC. failed to train employees and implement safety protocols. Such negligence was the proximate cause of Plaintiff's injuries.

## VI.
## DAMAGES

As a producing, direct and proximate result of the incident and injuries for which the Defendant is liable, Plaintiff seeks and is entitled to the following damages:

1. physical pain and mental anguish in the past and future;
2. lost wages and loss of earning capacity in the future;
3. physical disfigurement in the past and future;
4. physical impairment in the past and future;
5. medical care in the past and future;
6. exemplary damages; and
7. all other damages allowed by law and equity.

As such, Plaintiff affirmatively pleads that they seek monetary relief over $250,000.00 but not more than $1,000,000.00.

## VII.
## INTEREST

Plaintiff specifically pleads for pre-judgment interest at the maximum legal rate.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer, and that on final trial hereof Plaintiff have judgment against the Defendant, jointly and severally, and that Plaintiff recover (1) actual and compensatory damages in accordance with the evidence; (2) pre-judgment and post-judgment interest as provided by law; (3) costs of suit; (4) exemplary damages; (5) attorney's fees; and such other and further relief, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**KRAIG L. RUSHING**
Attorney at Law

Kraig L. Rushing
State Bar No. 24071554
2030 North Loop West, Suite 280
Houston, Texas 77018
Telephone: (346) 293-9670
Telecopier: (832) 667-9046
Email: krushing@krushinglaw.com

**ATTORNEY FOR PLAINTIFF**